UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Evanston Insurance Co.<br><br>       Plaintiff,<br><br>v.<br><br>Cozen O'Conner, P.C., Underwriters of Lloyds of London.<br><br>       Defendants. | :<br>:<br>:    Civil Action No. 06-4687 (PGS)<br>:<br>:<br>:<br>:    **ORDER**<br>:<br>:<br>:<br>:<br>:<br>: |

This matter comes before this Court on Defendant Cozen O'Conner, P.C.'s objections to the Report and Recommendation of the Magistrate Judge, pursuant to L. Civ. R. 72.1(c), granting Plaintiff Evanston Insurance Co.'s motion to remand to the Superior Court of New Jersey. The Court having considered the parties' briefs and supporting papers; and for the reasons set forth in the accompanying Opinion; and for good cause shown;

**IT IS** on the 20th day of March 2007,

**ORDERED** that the Report and Recommendation of the Magistrate Judge filed on December 14, 2006 is affirmed and the matter is hereby remanded to the Superior Court of New Jersey.

March 20, 2007

   *s/Peter G. Sheridan*
   PETER G. SHERIDAN, U.S.D.J.